FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

APR 4 2000

DAVID J. MALAND, CLERK
BY
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

IN RE NORPLANT CONTRACEPTIVE : MDL DOCKET NO. 1038
PRODUCTS LIABILITY LITIGATION :

------------------------------------------------------------

PAWA ABERCROMBIE, ET AL.

v.  Case No.: 96CV5757

AMERICAN HOME PRODUCTS CORPORATION;
WYETH LABORATORIES INC.

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff CAROLYN ALFORD and defendants AMERICAN HOME PRODUCTS CORPORATION, WYETH LABORATORIES INC. hereby stipulate that plaintiff's claims be and are hereby dismissed *with prejudice*.

| | |
|---|---|
| H. Blair Hahn | Paul W. Gertz |
| NESS, MOTLEY, LOADHOLT, | GERMER & GERTZ |
| RICHARDSON & POOLE | 805 Park Street |
| 174 East Bay Street | P.O. Box 3728 |
| Suite 300-B | Beaumont, Texas 77704 |
| Charleston, South Carolina 29401 | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |

